FILED
GREAT F...
2012 MAY 29 PM 2 36
PATRICK E. DUFFY, CLERK
BY _____
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| ROBERT GLEN PLEBST,<br><br>Plaintiff,<br><br>vs.<br><br>DR. TODD GIANARELLI; P.A. CHRISTISFOR ROST; WARDEN FRINK; LIZ RANTZ, DOC Medial Director; and MS. SHNEE, Shelby Medical Director,<br><br>Defendants. | Cause No. CV 12-00019-GF-SEH<br><br>ORDER |

On May 25, 2012, Plaintiff Robert Plebst filed a "Motion to Withdraw Medical Claim" which has been construed as a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A).[1] This notice was accepted by the Clerk of Court and the matter has been closed. However, in the motion, Plaintiff asked that he not be charged the filing fee.

---

[1] Document 7.

In the Complaint form, Plaintiff was advised that if his motion to proceed in forma pauperis were to be granted he would be required to pay the full filing fee in installments.[2]  28 U.S.C. § 1915 requires that a prisoner who brings a civil action in forma pauperis, pay the full amount of the filing fee.

As Plaintiff was granted leave to proceed in forma pauperis, he must be charged the filing fee.

Accordingly, **IT IS HEREBY ORDERED:**

Plaintiff's Request to not be charged the filing fee is denied.

DATED this 29th day of May, 2012.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[2]Document 2, p. 2, ¶ 4.